406 F.3d 1173
 UNITED STATES of America, Plaintiff-Appellee,
v.
Marvin BUTLER, Defendant-Appellant.
 No. 02-50182.
 United States Court of Appeals, Ninth Circuit.
 May 17, 2005.
 
 Curtis A. Kin, Esq., Brent A. Whittlesey, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.
 Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant-Appellant.
 Before: BROWNING, RYMER, and GRABER, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed November 23, 2004, slip opinion 16301, and appearing at 389 F.3d 956 (9th Cir.2004), is withdrawn.